UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ILMER D.,                                      Case No. 26-CV-0115 (PJS/DJF)

     Petitioner,

v.                                                          ORDER

PAMELA BONDI, Attorney General;
KRISTI NOEM, Secretary, U.S.
Department of Homeland Security;
TODD M. LYONS, Acting Director of
Immigration and Customs Enforcement;
DAREN K. MARGOLIN, Director for
Executive Office for Immigration Review;
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; DAVID
EASTERWOOD, Acting Director, St. Paul
Field Office, Immigration and Customs
Enforcement,

     Respondents.

IT IS HEREBY ORDERED THAT respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated:  January 15, 2026, at 10:58 a.m.        /s/ Patrick J. Schiltz
                                               Patrick J. Schiltz, Chief Judge
                                               United States District Court